Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2023 OCT 25 P 5: 15

C V4 23 DIS 30I G3.

JESSICA ALGARIN-SANTIAGO

)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

INVERNESS TECHNOLOGIES

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JESSICA ALGARIN-SANTIAGO |
| Street Address | 1229 DESERT STORM DRIVE |
| City and County | HINESVILLE, LIBERTY COUNTY |
| State and Zip Code | GEORGIA, 31313 |
| Telephone Number | 912-713-2392 |
| E-mail Address | LATINA.JAS@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | INVERNES TECHNOLOGIES |
| Job or Title *(if known)* | ELIZABETH LEMONDS |
| Street Address | 7619 Little River Turnpike, Suit 430 |
| City and County | Annandale, Fairfax County |
| State and Zip Code | VA, 22003 |
| Telephone Number | (703) 820-2412 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HUNTER TAP CENTER |
| Street Address | 41 ROCKY ROAD, BLDG 1289 |
| City and County | HUNTER AAF, CHATHAM COUNTY |
| State and Zip Code | GEORGIA, 31409 |
| Telephone Number | (912) 315-5854 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

In or around February 2021, June 2, 2021, March 4, 2022

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

Depend on a walker and was on oxygen as well.

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I worked for a contractor for the U.S. Army called Inverness Technologies in 2021. The sub-contractor at the time was Vision IT. I was signed under new sub-contractor that is part of Inverness Technologies called Persessi, LLC in February 2021 that is part of Inverness. In or around January 2021, I developed a medical condition due to Covid-19. In or around February 2021, I was told I do not qualify for FMLA and that the organization doesn't have enough employees to cover me if I go on FMLA. I contacted DOL by phone and they said submit it and get a reason for denial for record, but they would not send me the form. (see continuation sheet attached)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7-1-2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)*    07/25/2023    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

JESSICA ALGARIN-SANTIAGO
912-713-2392


## III. Statement of Claim

### E. Continuation:

They never responded regarding Short Term Disability nor continued FFCRA as well. On June 2, 2021, I returned physically to the office full-time even though my doctor did not want me to return because I was on oxygen at the time but was granted accommodation to work at a different location, but still performing duties for Hunter AAF twice a week so I can go to therapy during the week. On March 4, 2022, I received a message stating that I was to return to my point of duty. There were two staff members complaining about covering for me, but of course that was not why they said I am unable to continue to work at the other location. They said they cannot afford me the opportunity to work at Ft. Stewart TAP as that site does not have a vacant Admin Specialist position for me to support. Once again, they disregarded my physician note. Not one person from Persessi contacted me. The ones who were making all the decisions were Inverness employees. I believe I was discriminated against based on my disability as it states in the violation of the Americans with Disabilities Act of 1990, as amended.

At this time I no longer work for Inverness or Persessi due to they have lost the contract for this service to the U.S. Army.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/25/2023

Signature of Plaintiff

Printed Name of Plaintiff    JESSICA ALGARIN-SANTIAGO

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/25/2023

**To:** Mrs. Jessica Algarin-Santiago
1229 Desert Storm Drive
HINESVILLE, GA 31313

Charge No: 415-2022-00608

EEOC Representative and email:    GANIAT OLUSEKUN
Investigator
ganiat.olusekun@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-00608.

On behalf of the Commission,

Digitally Signed By:Mindy Weinstein
07/25/2023

Mindy Weinstein
Director

**Cc:**
Elizabeth Lemonds
7619 LITTLE RIVER TPKE STE 430
Annandale, VA 22003

Jamie Brabston
Redstone Government Consulting
501 MADISON ST SE
Huntsville, AL 35801

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>☐ EEOC<br><br>☐ FEPA | Agency(ies) Charge No(s):<br><br>**415-2022-00608** |
|---|---|---|

| **Fairfax County Office of Human Rights and Equity Programs** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Mrs. Jessica Algarin-Santiago | Home Phone<br>912-713-2392 | Year of Birth |
|---|---|---|

Street Address

1229 Desert Storm Drive

HINESVILLE, GA 31313

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Inverness Technolgies | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|

Street Address

7619 Little River Turnpike  Suit 430

ANNANDALE, VA 22003

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON<br><br>Disability | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                  Latest<br>06/02/2021          06/03/2022<br><br>☐ Continuing Action |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around February 2021 I was signed under a sub-contractor that is part of Inverness called Persessi LLC. In or around January 2021, I developed a medical condition. In or around February 2021, I was told I do not qualify for FMLA and that the organization doesn't have enough employees to cover me if I go on FMLA. They never responded regarding Short Term Disability nor continued FFCRA as well. On June 2, 2021, I returned physically to the office and was granted accommodation to work at a different location twice a week so i can go to therapy during the week. On March 4, 2022, I received a message stating that I need to return to my point of duty. Once again they disregarded my physician note. I believe I was discriminated against on the basis of my disability/was regarded as disabled, in violation of the Americans with Disabilities Act of 1990, as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Jessica Algarin-Santiago**<br><br>07/01/2022<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |