IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA ALGARIN-SANTIAGO, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-313 |
| v. | |
| INVERNESS TECHNOLOGIES, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 12, 2024, Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 5th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA