AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JESSICA ALGARIN-SANTIAGO,

Plaintiff,

v.

INVERNESS TECHNOLOGIES,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-313

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 6, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the court dismisses Plaintiff's complaint and closes this civil action.

Approved by: _____

February 7, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020